IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Ridgeview Manor of the Midlands, L.P., Cimmerson Properties, Inc., and Sterling Healthcare, Inc., | ) ) ) ) | C/A No.: 3:07-cv-861-JFA |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| Michael O. LEAVITT, Secretary of the United States Department of Health and Human Services, Leslie V. Norwalk, Esq., Acting Administrator of the Centers for Medicare & Medicaid Services, and Robert M. Kerr, Director of the South Carolina Department of Health and Human Services, | ) ) ) ) ) ) ) ) ) ) | ORDER GRANTING PRELIMINARY INJUNCTION |
| Defendants. | ) ) | |

This matter comes before the court on the motion of plaintiff Ridgeview Manor of the Midlands, L.P. for a preliminary injunction. The court heard arguments today from counsel for plaintiffs and defendants and has decided to grant the motion for preliminary injunction. In the process of issuing its order detailing the reasoning therefor, the court has encountered computer difficulties throughout the entire courthouse. Therefore, this order shall serve as notice to the parties that the motion has been granted. A full opinion will be filed no later than Monday, April 9, 2007.

IT IS SO ORDERED.

*[signature: Joseph F. Anderson, Jr.]*

April 5, 2007
Columbia, South Carolina

s/ Joseph F. Anderson, Jr.
United States District Judge