IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Ridgeview of the Midlands, L.P., Cimerron Properties, Inc., and Sterling Healthcare, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Michael O. Leavitt, Secretary of the United States Department of Health and Human Services <br><br> and <br><br> Leslie v. Norwalk, Esq. Acting Administrator of the Centers for Medicare & Medicaid Services, <br><br> and <br><br> Robert M. Kerr Director of the South Carolina Department of Health and Human Services, <br><br> Defendants. | Civil Action No. 3:07-cv-861-JFA <br><br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned counsel for the parties, with full consent of the parties, hereby stipulate that the above-captioned action be, and the same hereby is, dismissed, with each of the parties to bear their own respective costs.

| WE SO MOVE: | WE CONSENT: |
|---|---|
| s/Amy H. Geddes<br>Russell T. Burke, Fed. Id. No. 1604<br>Amy H. Geddes, Fed. Id. No. 8065<br>NEXSEN PRUET ADAMS KLEEMEIER, LLC<br>1441 Main Street, Suite 1500 (29201)<br>Post Office Drawer 2426<br>Columbia, SC 29202<br>803.771.8900<br>*Attorneys for Plaintiffs* | s/ Jennifer Aldrich<br>Jennifer Aldrich, Fed. Id. No. 6035<br>UNITED STATES ATTORNEY'S OFFICE<br>DISTRICT OF SOUTH CAROLINA<br>1441 Main Street, Suite 500<br>Columbia, SC 29201<br>803.929.3000<br>*Attorneys for Michael O. Leavitt, Secretary of the United States Department of Health and Human Services and Leslie V. Norwalk, Esq., Acting Administrator of the Centers for Medicare & Medicaid Services* |
| | s/Deidra Singleton<br>Deidra Singleton, Fed. Id. No. 7539<br>SOUTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES<br>1801 Main Street, 6th Floor<br>Post Office Box 8206<br>Columbia, SC 29201<br>803.898.2647<br>*Attorney for Robert M. Kerr, Director of SC Department of Health & Human Services* |
| September 6, 2007<br>Columbia, South Carolina | September 6, 2007<br>Columbia, South Carolina |